IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLIAM C. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12CV262 |
| | ) | |
| MARK J. DUNCAN and TRIAL AND ERRORS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on March 31, 2015, was served on the Plaintiff. (Doc. 34.) No objections were filed within the time prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss (Doc. 21) be GRANTED as to Counts 2 and 3 of Plaintiff's Complaint, but be DENIED as to Count 1. IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's Motion for Partial Summary Judgment (Doc. 23) as to Count 1 be DENIED.

This, the 27th day of April, 2015.

/s/ Loretta C. Biggs
United States District Judge